**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Trustee
5656 La Jolla Blvd.,
La Jolla, CA 92037
Telephone (858) 454-9887

Order Entered on
September 27, 2024
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
TRACY MICHELLE FOOTE,

Debtor.

BANKRUPTCY NO. 22-02231-JBM7

Date of Hearing: n/a
Time of Hearing: n/a
Name of Judge: J. Barrett Marum

## ORDER ON
### TRUSTEE'S NOTICE OF INTENDED ACTION RE: ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CHAPTER 7 TRUSTEE

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __137__.

//
//
//
//
//
//
//

DATED: September 27, 2024

_____
Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON TRUSTEE'S NOTICE OF INTENDED ACTION RE: ALLOWANCE OF COMPENSATION AND
DEBTOR: TRACY MICHELLE FOOTE,                                                                 CASE NO: 22-02231-JBM7

---

On or about September 3, 2024, Leslie T. Gladstone, chapter 7 trustee (the "Trustee"), filed and served her Notice of Intended Action and Opportunity for Hearing regarding her intent to allow compensation or reimbursement of expenses for the Trustee. The amounts for the Trustee's fees and costs are $1,890.97 and $15.21, plus additional actual costs not to exceed $200.00. No opposition was received thereto. Based on the foregoing, for the reason stated in the record and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Leslie T. Gladstone is hereby awarded final fees and expenses of $1,890.97 and $15.21, plus additional actual costs not to exceed $200.00. These amounts are authorized for payment in full. All fees and costs are subject to disgorgement.

2. The fees and expenses of Leslie T. Gladstone are authorized for immediate payment upon entry of this Order.

IT IS SO ORDERED.

CSD 1001A                                                                  Signed by Judge J Barrett Marum September 27, 2024