# Notice Recipients

District/Off: 0974–3                    User: Admin.                    Date Created: 9/27/2024
Case: 22–02231–JBM7                 Form ID: pdfO9                 Total: 5

**Recipients of Notice of Electronic Filing:**
tr        Leslie T. Gladstone        candic@flgsd.com
aty       Christin A. Batt           christinb@flgsd.com
aty       Leslie T. Gladstone        leslieg@flgsd.com
aty       Stephan Brown              ECF@thebklawoffice.com

                                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Tracy Michelle Foote       3680 Harmony Hill       Fallbrook, CA 92028

                                                                        TOTAL: 1